IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DFLC, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:19-cv-690 |
| § | |
| LAKEVIEW LOAN SERVICING, LLC, § | |
| and ALBERTO AGUILAR, JR, § | |
| § | |
| *Defendants*. § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Defendant Lakeview Loan Servicing, LLC ("Lakeview" or "Defendant") files its Corporate Disclosure Statement and Certificate of Interested Persons.

### A. Corporate Disclosure Statement

1. Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Lakeview Loan Servicing, LLC ("Lakeview") makes the following Corporate Disclosure Statement. Lakeview was formed under the laws of the State of Delaware on November 22, 2010. Lakeview's sole member is Bayview MSR Opportunity Corp. ("Bayview MSR"). Bayview MSR is wholly owned by Bayview MSR Opportunity Master Fund, L.P ("Bayview Master Fund"), which is 96.9% owned by Bayview MSR Opportunity Offshore, L.P. ("Bayview Offshore'). Bayview Offshore has a single limited partner, BSOF Master Fund L.P. ("BSOF"), which is an investment fund with various investors, none of which hold an ownership interest in BSOF that equals or exceeds 10 percent. As such, no invest or through its interest in BSOF indirectly owns a 10 percent or greater interest in Lakeview. Lakeview is a Delaware limited liability company and is wholly-owned by **Bayview MSR Opportunity Corp**. ("Bayview"). No publicly-held corporation holds ten percent or more of Lakeview's or Bayview's stock.

602173.1; 104938.0171

## B. Certificate of Interested Persons

The following entities and/or persons are financially interested in the outcome of this case:

1. Plaintiff, DFLC, Inc.;
2. Defendant, Lakeview Loan Servicing, LLC; and
3. Defendant, Alberto Aguilar, Jr.

Respectfully submitted,

By: */s/ Matt D. Manning*
**MATT D. MANNING**
State Bar No. 24070210
**MATTHEW A. KNOX**
State Bar No. 24071102
**MCGLINCHEY STAFFORD**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone :  (713) 520-1900
Facsimile:   (713) 520-1025
mmanning@mcglinchey.com
mknox@mcglinchey.com

*Attorneys for Defendant Lakeview Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system or by other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

*CMRRR 9414 7266 9904 2120 8166 04*
E. Jason Billick
Almanza, Blackburn, Dickie & Mitchell, LLP
2301 S. Capital of Texas Hwy., Bldg. H
Austin, Texas 78746
*Counsel for Plaintiff*

*/s/ Matthew A. Knox*
**MATTHEW A. KNOX**